# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joshua L. Kravitz<br>    aka Joshua Lee Kravitz<br>    aka Joshua Kravitz<br>Jennifer M. Kravitz<br>    aka Jennifer Marie Kravitz<br>    aka Jennifer Kravitz<br>    fka Jennifer M. Bentley<br><br>           <u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 19-16354 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Matrix Financial Services Corporation and index same on the master mailing list.

                                          Respectfully submitted,
                                          **/s/ Kevin G. McDonald, Esq.**
                                          Kevin G. McDonald, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322