# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-16354-ELF

JOSHUA L KRAVITZ
JENNIFER M. KRAVITZ
123 E. WELSH ROAD

AMBLER, PA 19002-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOSHUA L KRAVITZ
    JENNIFER M. KRAVITZ
    123 E. WELSH ROAD

    AMBLER, PA 19002-

**Counsel for debtor(s), by electronic notice only.**
    WILLIAM D. SCHROEDER JR ESQ
    920 LENMAR DR

    BLUE BELL, PA 19422-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

    /s/ William C. Miller

Date: 12/30/2019

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee