**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                        Chapter 13

                        Bankruptcy No. 19-16354-ELF

JOSHUA L KRAVITZ
JENNIFER M. KRAVITZ
123 E. WELSH ROAD

AMBLER, PA 19002-

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOSHUA L KRAVITZ
    JENNIFER M. KRAVITZ
    123 E. WELSH ROAD

    AMBLER, PA 19002-

Counsel for debtor(s), by electronic notice only.

    WILLIAM D. SCHROEDER JR ESQ
    920 LENMAR DR

    BLUE BELL, PA 19422-

                                      /S/ William C. Miller

Date: 3/25/2020                               _____

                                              William C. Miller, Esquire
                                             Chapter 13 Standing Trustee