**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      Joshua L. Kravitz and      :      Chapter 13
            Jennifer M. Kravitz        :
                                       :
                 Debtors.   :      Bankruptcy No.  19-16354 (ELF)

**PRAECIPE TO WITHDRAW OBJECTION OF SCHOOL DISTRICT OF UPPER**
**DUBLIN TO DEBTORS' CHAPTER 13 PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection of School District of Upper Dublin to Debtors' Chapter

13 Plan.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:   /s/ James R. Wood, Esquire
      James R. Wood, Esquire
      2700 Horizon Drive, Suite 100
      King of Prussia, PA 19406
      (484) 690-9341
      Attorney for School District of Upper Dublin

Dated:  June 10, 2020