# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-16354** |
| **Joshua L Kravitz AKA Joshua Lee** : | **Chapter 13** |
| **Kravitz, AKA Joshua Kravitz** : | **Judge Eric L. Frank** |
| **Jennifer M. Kravitz AKA Jennifer** : | ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| **Marie Kravitz, AKA Jennifer Kravitz,** | |
| **FKA Jennifer M. Bentley** | |
| | |
| **Debtor(s)** | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Related Document #** |
| **Fargo Auto.** : | |
| **Movant,** : | |
| vs : | |
| : | |
| **Joshua L Kravitz AKA Joshua Lee** : | |
| **Kravitz, AKA Joshua Kravitz** : | |
| **Jennifer M. Kravitz AKA Jennifer** : | |
| **Marie Kravitz, AKA Jennifer Kravitz,** | |
| **FKA Jennifer M. Bentley** | |
| | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto., its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

                                        Respectfully submitted,

                                        /s/ Karina Velter
                                        Karina Velter, Esquire (94781)
                                        Adam B. Hall (323867)
                                        Sarah E. Barngrover (323972)
                                        Manley Deas Kochalski LLC
                                        P.O. Box 165028
                                        Columbus, OH  43216-5028
                                        Telephone: 614-220-5611
                                        Fax: 614-627-8181

21-001942_PS

Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

21-001942_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 19-16354** |
| **Joshua L Kravitz AKA Joshua Lee** | : **Chapter 13** |
| **Kravitz, AKA Joshua Kravitz** | : **Judge Eric L. Frank** |
| **Jennifer M. Kravitz AKA Jennifer** | : \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Marie Kravitz, AKA Jennifer Kravitz,** | |
| **FKA Jennifer M. Bentley** | |
| | |
| **Debtor(s)** | |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : **Related Document #** |
| **Fargo Auto.** | : |
| **Movant,** | : |
| vs | : |
| | : |
| **Joshua L Kravitz AKA Joshua Lee** | : |
| **Kravitz, AKA Joshua Kravitz** | : |
| **Jennifer M. Kravitz AKA Jennifer** | : |
| **Marie Kravitz, AKA Jennifer Kravitz,** | |
| **FKA Jennifer M. Bentley** | |
| | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, ecfemails@ph13trustee.com

William D. Schroeder Jr., Attorney for Joshua L Kravitz AKA Joshua Lee Kravitz, AKA Joshua Kravitz and Jennifer M. Kravitz AKA Jennifer Marie Kravitz, AKA Jennifer Kravitz, FKA Jennifer M. Bentley, schroeder@jrlaw.org

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

21-001942_PS

Joshua L Kravitz AKA Joshua Lee Kravitz, AKA Joshua Kravitz and Jennifer M. Kravitz AKA Jennifer Marie Kravitz, AKA Jennifer Kravitz, FKA Jennifer M. Bentley, 123 E. Welsh Road, Ambler, PA  19002

/s/ Karina Velter

21-001942_PS