# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-16354** |
| **Joshua L Kravitz AKA Joshua Lee** : | **Chapter 13** |
| **Kravitz, AKA Joshua Kravitz** : | **Judge Eric L. Frank** |
| **Jennifer M. Kravitz AKA Jennifer** : | * * * * * * * * * * * * * * * * * * |
| **Marie Kravitz, AKA Jennifer Kravitz,** | * |
| **FKA Jennifer M. Bentley** | |
| | |
| **Debtor(s)** | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | **March 9, 2021 at 09:30 a.m.** |
| **Movant,** : | |
| vs : | |
| : | |
| **Joshua L Kravitz AKA Joshua Lee** : | |
| **Kravitz, AKA Joshua Kravitz** : | |
| **Jennifer M. Kravitz AKA Jennifer** : | |
| **Marie Kravitz, AKA Jennifer Kravitz,** | |
| **FKA Jennifer M. Bentley** | |

**WILLIAM C. MILLER, Esq.**
        **Respondents.**

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto has filed a Motion for Relief from Automatic Stay.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before February 27, 2021, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

        **Clerk, U.S. Bankruptcy Court**
        U.S. Bankruptcy Court
        900 Market Street
        Philadelphia, PA, 19107

21-001942_EJS1

      If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

      B.  Mail a copy to the Creditor's attorney and the below listed:

Office of U.S. Trustee, Party of Interest  
(Registered address)@usdoj.gov (notified by ecf)

WILLIAM C. MILLER, Esq.  
Chapter 13 Trustee  
P.O. Box 1229  
Philadelphia, PA  19105  
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC  
P.O. Box 165028  
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on March 9, 2021 at 09:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: __February 12, 2021_____

21-001942_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-16354** |
| **Joshua L Kravitz AKA Joshua Lee** : | **Chapter 13** |
| **Kravitz, AKA Joshua Kravitz** : | **Judge Eric L. Frank** |
| **Jennifer M. Kravitz AKA Jennifer** : | * * * * * * * * * * * * * * * * * * |
| **Marie Kravitz, AKA Jennifer Kravitz,** | * |
| **FKA Jennifer M. Bentley** | |
| **Debtor(s)** : | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | **March 9, 2021 at 09:30 a.m.** |
| **Movant,** : | |
| vs : | |
| : | |
| **Joshua L Kravitz AKA Joshua Lee** : | |
| **Kravitz, AKA Joshua Kravitz** : | |
| **Jennifer M. Kravitz AKA Jennifer** : | |
| **Marie Kravitz, AKA Jennifer Kravitz,** | |
| **FKA Jennifer M. Bentley** | |
| | |
| **WILLIAM C. MILLER, Esq.** | |
| **Respondents.** | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from Automatic Stay was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

WILLIAM C. MILLER, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105, ecfemails@ph13trustee.com

WILLIAM D. SCHROEDER, JR, Attorney for Joshua L Kravitz AKA Joshua Lee Kravitz, AKA Joshua Kravitz and Jennifer M. Kravitz AKA Jennifer Marie Kravitz, AKA Jennifer Kravitz, FKA Jennifer M. Bentley, 920 Lenmar Drive, Blue Bell, PA 19422, schroeder@jrlaw.org

21-001942_EJS1

Case 19-16354-elf    Doc 56    Filed 02/12/21    Entered 02/12/21 09:53:27    Desc Main
Document      Page 4 of 4

The below listed parties were served via regular U.S. Mail, postage prepaid, on February  12 , 2021:

Joshua L Kravitz AKA Joshua Lee Kravitz, AKA Joshua Kravitz and Jennifer M. Kravitz AKA Jennifer Marie Kravitz, AKA Jennifer Kravitz, FKA Jennifer M. Bentley, 123 E. Welsh Road, Ambler, PA  19002

DATE: February 12, 2021

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

21-001942_EJS1