# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Joshua L Kravitz AKA Joshua Lee** | : | Case No.: 19-16354 |
| **Kravitz, AKA Joshua Kravitz** | : | **Chapter 13** |
| **Jennifer M. Kravitz AKA Jennifer** | : | **Judge Eric L. Frank** |
| **Marie Kravitz, AKA Jennifer** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Kravitz, FKA Jennifer M. Bentley** | : | |
| | : | |
| **Debtor(s).** | | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** ("Creditor").

**Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

21-001942_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 19-16354** |
| **Joshua L Kravitz AKA Joshua Lee Kravitz, AKA Joshua Kravitz** | **Chapter 13** |
| | **Judge Eric L. Frank** |
| **Jennifer M. Kravitz AKA Jennifer Marie Kravitz, AKA Jennifer Kravitz, FKA Jennifer M. Bentley** | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | **Related Document #** |
| **Movant,** | |
| vs | |
| **Joshua L Kravitz AKA Joshua Lee Kravitz, AKA Joshua Kravitz** | |
| **Jennifer M. Kravitz AKA Jennifer Marie Kravitz, AKA Jennifer Kravitz, FKA Jennifer M. Bentley** | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

William D. Schroeder Jr., Attorney for Joshua L Kravitz AKA Joshua Lee Kravitz, AKA Joshua Kravitz and Jennifer M. Kravitz AKA Jennifer Marie Kravitz, AKA Jennifer Kravitz, FKA Jennifer M. Bentley, 920 Lenmar Drive, Blue Bell, PA  19422, schroeder@jrlaw.org

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 8, 2021:

21-001942_PS

Joshua L Kravitz AKA Joshua Lee Kravitz, AKA Joshua Kravitz and Jennifer M. Kravitz AKA Jennifer Marie Kravitz, AKA Jennifer Kravitz, FKA Jennifer M. Bentley, 123 E. Welsh Road, Ambler, PA  19002

DATE: March 8, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

21-001942_PS