**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| Joshua L Kravitz AKA Joshua Lee | : | Case No.: 19-16354 |
| Kravitz, AKA Joshua Kravitz | : | **Chapter 13** |
| Jennifer M. Kravitz AKA Jennifer | : | **Judge Eric L. Frank** |
| Marie Kravitz, AKA Jennifer | : | * * * * * * * * * * * * * * * * * * * * * * * |
| Kravitz, FKA Jennifer M. Bentley | : | |
| | : | |
| **Debtor(s).** | | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** ("Creditor").  Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

21-001942_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-16354** |
| **Joshua L Kravitz AKA Joshua Lee** : | **Chapter 13** |
| **Kravitz, AKA Joshua Kravitz** : | **Judge Eric L. Frank** |
| **Jennifer M. Kravitz AKA Jennifer** : | * * * * * * * * * * * * * * * * * * * |
| **Marie Kravitz, AKA Jennifer Kravitz,** | |
| **FKA Jennifer M. Bentley** | |
| | |
| **Debtor(s)** | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Related Document #** |
| **Fargo Auto** | |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Joshua L Kravitz AKA Joshua Lee** : | |
| **Kravitz, AKA Joshua Kravitz** : | |
| **Jennifer M. Kravitz AKA Jennifer** : | |
| **Marie Kravitz, AKA Jennifer Kravitz,** | |
| **FKA Jennifer M. Bentley** | |
| | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, P.O. Box 40837, Philadelphia, PA  19107, ecfemails@ph13trustee.com

William D. Schroeder Jr., Attorney for Joshua L Kravitz AKA Joshua Lee Kravitz, AKA Joshua Kravitz and Jennifer M. Kravitz AKA Jennifer Marie Kravitz, AKA Jennifer Kravitz, FKA Jennifer M. Bentley, 920 Lenmar Drive, Blue Bell, PA  19422, schroeder@jrlaw.org

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 20, 2021:

21-001942_PS

Joshua L Kravitz AKA Joshua Lee Kravitz, AKA Joshua Kravitz and Jennifer M. Kravitz AKA Jennifer Marie Kravitz, AKA Jennifer Kravitz, FKA Jennifer M. Bentley, 123 E. Welsh Road, Ambler, PA  19002

DATE: <u>September 20, 2021</u>

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

21-001942_PS