# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-16354-ELF

JOSHUA L KRAVITZ
JENNIFER M. KRAVITZ
123 E. WELSH ROAD

AMBLER, PA 19002-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOSHUA L KRAVITZ
    JENNIFER M. KRAVITZ
    123 E. WELSH ROAD

    AMBLER, PA 19002-

Counsel for debtor(s), by electronic notice only.

    WILLIAM D. SCHROEDER JR ESQ
    920 LENMAR DR

    BLUE BELL, PA 19422-

                                  /S/ Kenneth E. West

Date: 10/25/2021                              _____

                                              Kenneth E. West, Esquire
                                              Chapter 13 Standing Trustee