United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16354-mdc |
| Joshua L Kravitz | Chapter 13 |
| Jennifer M. Kravitz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 12, 2023 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14437473 | Email/Text: cashiering-administrationservices@flagstar.com | Dec 13 2023 00:18:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 14, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Matrix Financial Services Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor School District of Upper Dublin jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Matrix Financial Services Corporation bkgroup@kmllawgroup.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: trc | Total Noticed: 1 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR
    on behalf of Debtor Joshua L Kravitz schroeder@jrlaw.org Healey@jrlaw.org

WILLIAM D. SCHROEDER, JR
    on behalf of Joint Debtor Jennifer M. Kravitz schroeder@jrlaw.org Healey@jrlaw.org

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-16354-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Joshua L Kravitz<br>123 E. Welsh Road<br>Ambler PA 19002 | Jennifer M. Kravitz<br>123 E. Welsh Road<br>Ambler PA 19002 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/11/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 11: Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 | NewRez LLC<br>d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0675 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/14/23

Tim McGrath
**CLERK OF THE COURT**