*Form 138OBJ* (6/24)–doc 77 – 75

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Joshua L Kravitz )  Case No. 19–16354–pmm
   aka Joshua Lee Kravitz )
   aka Joshua Kravitz )
    )  Chapter: 13
   Jennifer M. Kravitz )
   aka Jennifer Marie Kravitz )
   aka Jennifer Kravitz
   fka Jennifer M. Bentley
   Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                    Eastern District of Pennsylvania
                    900 Market Street
                    Suite 400
                    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 20, 2024                                                                 For The Court

                                                                               Timothy B. McGrath
                                                                               Clerk of Court