United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-16354-pmm
Joshua L Kravitz     Chapter 13
Jennifer M. Kravitz
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: 138OBJ | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua L Kravitz, Jennifer M. Kravitz, 123 E. Welsh Road, Ambler, PA 19002-2313 |
| 14402857 | | ARStrat, 14141 Southwest Feeway, Suite 300, Sugar Land, TX 77478 |
| 14402855 | | Abington Health Physicians, 1200 Old York Road, Abington, PA 19001-3720 |
| 14411326 | + | Matrix Financial Services Corporation., c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14402869 | + | Meenan, 113 Main Street, Tullytown, PA 19007-6192 |
| 14484080 | + | Montgomery County Tax Claim Bureau, c/o Michael Vagnoni, Esq., Obermayer Rebmann Maxwell & Hippel LLP, 1500 Market Street, Suite 3400, Philadelphia, PA 19102-2100 |
| 14479695 | + | Montgomery Tax Claim Bureau, c/o Michael D. Vagnoni, Esquire, OBERMAYER REBMANN MAXWELL & HIPPEL LLP C, 1500 Market Street, Philadelphia, PA 19102-2100 |
| 14402871 | | Penn State, 308 Shields Bldg, University Park, PA 16802 |
| 14481248 | + | School District of Upper Dublin, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14481249 | + | School District of Upper Dublin, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14481831 | + | School District of Upper Dubnlin, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14402877 | | The Children's Hospital of Philadelphia, PO Box 822511, Philadelphia, PA 19182-2511 |
| 14415179 | + | The Pennsylvania State University, 108 Shields Building, University Park PA 16802-1201 |
| 14402878 | + | Upper Dublin School District, 1580 Fort Washington Avenue, Maple Glen, PA 19002-3315 |
| 14402879 | + | Upper Dublin Treasurer, 801 Loch Alsh Ave, Fort Washington, PA 19034-1697 |
| 14581684 | | Wells Fargo Bank N.A., c/o Karina Velter, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14514444 | + | William D. Schroeder, Jr., 920 Lenmar Drive, Blue Bell, PA 19422-2000 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 21 2024 00:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2024 00:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14402856 | + | Email/Text: bncnotifications@pheaa.org | Nov 21 2024 00:53:00 | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14402858 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 21 2024 00:53:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14402859 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 21 2024 00:53:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14433817 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 21 2024 00:54:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14402860 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2024 01:04:22 | Capital One/Bass Pro Shops, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 19-16354-pmm    Doc 78    Filed 11/22/24    Entered 11/23/24 00:41:22    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: 138OBJ | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 14402862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2024 01:04:43 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14402863 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2024 00:45:10 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14439332 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2024 01:03:52 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14402864 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2024 00:45:37 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14402865 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2024 00:54:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14402866 | | Email/Text: mrdiscen@discover.com | Nov 21 2024 00:53:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14405897 | | Email/Text: mrdiscen@discover.com | Nov 21 2024 00:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14477370 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 21 2024 00:54:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14437473 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 21 2024 00:54:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14402867 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 21 2024 00:54:00 | Flagstar Bank, Attn: Mortgage Servicing, E115-3, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14440130 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 21 2024 00:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14402861 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 21 2024 01:04:30 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14414839 | + | Email/Text: RASEBN@raslg.com | Nov 21 2024 00:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14437433 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2024 00:45:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14402868 | + | Email/Text: Documentfiling@lciinc.com | Nov 21 2024 00:53:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 14410796 | ^ | MEBN | Nov 21 2024 00:28:04 | Matrix Financial Services Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14838055 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 21 2024 00:53:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14421027 | + | Email/Text: bncnotifications@pheaa.org | Nov 21 2024 00:53:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14434958 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2024 01:04:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14402870 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2024 01:03:47 | PayPal Credit, P.O. Box 5138, Timonium, MD 21094-5138 |
| 14437680 | | Email/Text: bnc-quantum@quantum3group.com | Nov 21 2024 00:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14402872 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2024 00:47:07 | Syncb/care Credit Du, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14402873 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2024 01:04:23 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14402874 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 19-16354-pmm   Doc 78   Filed 11/22/24   Entered 11/23/24 00:41:22   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: 138OBJ | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 21 2024 01:03:48 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14441675 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 21 2024 00:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14402875 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 21 2024 00:54:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14402876 | ^ | MEBN | | |
| | | | Nov 21 2024 00:28:11 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14402880 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Nov 21 2024 00:45:35 | Wells Fargo Auto, P.O. Box 17900, Denver, CO 80217-0900 |
| 14909697 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Nov 21 2024 00:47:08 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 14420761 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Nov 21 2024 00:45:08 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh, NC 27605-1000 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024                Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Auto amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Matrix Financial Services Corporation bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor School District of Upper Dublin jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Matrix Financial Services Corporation bkgroup@kmllawgroup.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |
| United States Trustee | |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Nov 20, 2024 | Form ID: 138OBJ | Total Noticed: 54

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR
   on behalf of Debtor Joshua L Kravitz schroeder@jrlaw.org Healey@jrlaw.org

WILLIAM D. SCHROEDER, JR
   on behalf of Joint Debtor Jennifer M. Kravitz schroeder@jrlaw.org Healey@jrlaw.org

TOTAL: 9

*Form 138OBJ* (6/24)–doc 77 – 75

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Joshua L Kravitz ) Case No. 19−16354−pmm
   aka Joshua Lee Kravitz )
   aka Joshua Kravitz )
) Chapter: 13
   Jennifer M. Kravitz )
   aka Jennifer Marie Kravitz )
   aka Jennifer Kravitz
   fka Jennifer M. Bentley
   Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 20, 2024                                              For The Court

                                                                                                                      Timothy B. McGrath
                                                                                                                      Clerk of Court